# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **KELLY BLAND, individually and on behalf of all others similarly situated,** | ) ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 1:25-CV-0782 (FJS/ MJK) |
| v. | ) ) | |
| **SPRINTFONE INC. d/b/a TALKDAILY** | ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

Denise  Garcia, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on June 25, 2025, at 1:44 pm at 99 Washington Avenue, suite 805 a, Albany, NY 12210, Deponent served the within Summons, Class Action Complaint, and Civil Cover Sheet, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: SPRINTFONE INC. d/b/a TALKDAILY (hereinafter referred to as "subject") by leaving the following documents with Paul Hopeck who as Registered Agent, Assistant Vice President is authorized by appointment or by law to receive service of process for SPRINTFONE INC. d/b/a TALKDAILY.

Additional Description:
Arrived, went to the 8th floor and found the suite, spoke to Paul Hopeck who checked their system to see if he is authorized to accept this service, he confirmed the information and accepted documents without issue.

My perception of the description of the individual served is as follows:
White Male, est. age 35-44, glasses: N, Blonde hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6546161549,-73.759229467
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative

reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

Albany County                    ,

NY     on   6/27/2025          .

/s/ *Denise Garcia*
_____
Signature
Server Name: Denise  Garcia
License#:

PROOF TECHNOLOGY NEW YORK ,  LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

