IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SPRINTFONE INC.**<br>**d/b/a TALKDAILY**<br><br>*Defendant.* | Case No.<br> 1:25-cv-00782-FJS-MJK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### REQUEST FOR CLERK'S CERTIFICATE OF ENTRY OF DEFAULT AGAINST DEFENDANT SPRINTFONE INC. d/b/a TALKDAILY

COMES NOW Plaintiff Kelly Bland, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant Sprintfone Inc. in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Request for Entry of Default

Here, the Plaintiff filed her Complaint naming Sprintfone on June 17, 2025. (See ECF No. 1.) Defendant Sprintfone was served with the Summons and Complaint through service on its registered agent on June 25, 2025. (See ECF No. 4.) Accordingly, Defendant's responsive pleading was due on July 16, 2025. Defendant did not file a response as of August 26, 2025. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant once the Clerk enters default.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this August 26, 2025.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

SprintFone, Inc.

99 Washington Avenue, Suite 805 A

Albany, NY 12210

Dated: August 26, 2025

                                           */s/ Andrew Roman Perrong*
                                           Andrew Roman Perrong, Esq.
                                           Perrong Law LLC
                                           2657 Mount Carmel Avenue
                                           Glenside, Pennsylvania 19038
                                           Phone: 215-225-5529 (CALL-LAW)
                                           Facsimile: 888-329-0305
                                           a@perronglaw.com