IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SPRINTFONE INC.**<br>**d/b/a TALKDAILY**<br><br>*Defendant.* | Case No.<br> 1:25-cv-00782-FJS-MJK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**AFFIDAVIT IN SUPPORT OF**
**REQUEST FOR CLERK'S CERTIFICATE OF ENTRY OF DEFAULT**
**AGAINST DEFENDANT SPRINTFONE INC. d/b/a TALKDAILY**

1. My name is Andrew Roman Perrong. I am over 18 years old. I can testify competently to the undersigned statements.

2. I am an attorney licensed to practice before, among other jurisdictions, the United States District Court for the Northern District of New York.

3. I am counsel for the Plaintiff in the above-captioned Action.

4. I make this Affidavit pursuant to the requirements of Local Rule 55.1.

5. As a corporation, the party against whom Plaintiff seeks a judgment of affirmative relief is not an infant, in the military, or an incompetent person.

6. The party against whom Plaintiff seeks a judgment for affirmative relief has failed to plead or otherwise defend the action as provided in the Federal Rules of Civil Procedure.

7. Plaintiff has properly served the pleading to which the opposing party has not responded.

Affidavit - Request for Entry of Default

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 16th day of August 2025, in the United States of America,**

_____
**Andrew Roman Perrong**