# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Kelly Bland, individually and on behalf of all others similarly situated

        vs.                CASE NUMBER: **1:25-CV-0782 (FJS/MJK)**

Sprintfone Inc. d/b/a TalkDaily

    I, JOHN M. DOMURAD, CLERK, by Helen M. Reese, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 27th day of August, 2025 against Sprintfone Inc. d/b/a TalkDaily.

Dated:    August 27, 2025

Clerk of Court

By: s/ Helen M. Reese

Deputy Clerk