IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SPRINTFONE INC.**<br>**d/b/a TALKDAILY**<br><br>*Defendant.* | Case No.<br>1:25-cv-00782-FJS-MJK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**MOTION TO COMMENCE DISCOVERY TO OBTAIN**
**RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion To Commence Discovery To Obtain Records That Identify Putative Class Members IS GRANTED. Discovery in this matter is ordered open. Discovery shall be completed by _____, at which point Plaintiff shall file either a Motion for Class Certification or a Motion for Individual Default Judgment.

*BY THE COURT:*

_____
J.