IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SPRINTFONE INC.**<br>**d/b/a TALKDAILY**<br><br>*Defendant.* | Case No.<br> 1:25-cv-00782-FJS-MJK<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Kelly Bland, and respectfully voluntarily dismisses this action, without prejudice, as to all Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this January 17, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: January 17, 2026

                         */s/ Andrew Roman Perrong*
                         Andrew Roman Perrong, Esq.
                         Perrong Law LLC
                         2657 Mount Carmel Avenue
                         Glenside, Pennsylvania 19038
                         Phone: 215-225-5529 (CALL-LAW)
                         Facsimile: 888-329-0305
                         a@perronglaw.com